# In the United States Court of Federal Claims

Consolidated Case Nos. 17-449, 17-499, 17-493, 17-517, 17-578, 17-558, 17-633
Filed: September 14, 2017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CONTINENTAL SERVICE GROUP, INC., PIONEER CREDIT RECOVERY, INC., ACCOUNT CONTROL TECHNOLOGY, INC. PROGRESSIVE FINANCIAL SERVICES, INC., VAN RU CREDIT CORPORATION, COLLECTION TECHNOLOGY, INC. ALLTRAN EDUCATION, INC., | \* \* \* \* \* \* \* \* \* |
|     Plaintiffs, | \* |
| | \* |
| and | \* |
| | \* |
| COLLECTION TECHNOLOGY, INC., PROGRESSIVE FINANCIAL SERVICES, INC., ALLTRAN EDUCATION, INC., PERFORMANT RECOVERY, INC., VAN RU CREDIT CORPORATION, and ALLIED INTERSTATE LLC, | \* \* \* \* \* \* |
|     Intervenor-Plaintiffs, | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
|     Defendant, | \* |
| | \* |
| and | \* |
| | \* |
| CBE GROUP, INC., PREMIERE CREDIT OF NORTH AMERICA, LLC, GC SERVICES LIMITED PARTNERSHIP, VALUE RECOVERY HOLDINGS, LLC, WINDHAM PROFESSIONALS, INC., AUTOMATED COLLECTION SERVICES, INC., FMS INVESTMENT CORP., TEXAS GUARANTEED STUDENT LOAN CORP., ALLTRAN EDUCATION, INC. | \* \* \* \* \* \* \* \* \* \* |
|     Intervenor-Defendants. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

On August 29, 2017, the court issued an Order directing the Government to file a status report on, or by, September 14, 2017. ECF No. 185. The August 29, 2017 Order also directed the Government to file that status report in the appeal of the court's May 31, 2017 preliminary injunction, currently pending in the United States Court of Appeals for the Federal Circuit, No. 17-2155, together with: (1) corrections regarding the transcript of the hearing convened by the court on May 2, 2017; and (2) the e-mail sent by the court's law clerk on April 21, 2017, that was attached to the August 29, 2017 Order. ECF No. 185.

On September 14, 2017, the Government filed a Status Report to notify the court of: (1) the status of the Department of Education's (ED) Corrective Action in the above-captioned case; and (2) the Government's intent to file, in the United States Court of Appeals for the Federal Circuit, a motion for leave to file the September 14, 2017 Status Report, the May 2, 2017 Transcript, and the April 21, 2017 E-mail. ECF No. 192.

The court appreciates the Government keeping the court and all parties apprised of the status of the Corrective Action. The court directs the Government to file a status report within five days of the United States Court of Appeals for the Federal Circuit's decision on the Government's motion for leave to file the aforementioned documents.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Chief Judge**